**Dmitry PRONIN, Plaintiff-Appellant,**

**v.**

**Charles WRIGHT, "Chuck"; Neal Urch; Ashley McCann; L. Blackwell, Defendants-Appellees.**

**No. 17-6613**

United States Court of Appeals, Fourth Circuit.

Submitted: October 19, 2017

Decided: October 24, 2017

Dmitry Pronin, Appellant Pro Se. Charles Franklin Turner, Jr., WILLSON JONES CARTER & BAXLEY, P.A., Greenville, South Carolina, for Appellees.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dmitry Pronin seeks to appeal from the district court's order denying class certification and denying appointment of class counsel in his 42 U.S.C. § 1983 (2012) suit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Pronin seeks to appeal is neither a final order nor

an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. To the extent Pronin's notice of appeal can be construed as a Fed. R. Civ. P. 23(f) petition for permission to appeal, permission is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*